ZAM 1819
5/22/17

AO 106 (Rev. 04/10) Application for a Search Warrant

FILED ENTERED
LOGGED RECEIVED

JUN 07 2017

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

# UNITED STATES DISTRICT COURT

for the

District of Maryland

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Electronic devices currently in the custody of Homeland Security Investigations, 40 S. Gay Street Baltimore, Maryland, further describe in Attachment A

Case No. 17-1522SAG

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the ________ District of Maryland, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. §§ 2422(b), 924(c)(i), 1951, and 1591 | Enticement of a Minor, Brandishing a Firearm during a Crime of Violence, Interference with Commerce by Robbery, and Sex Trafficking of Minors |

The application is based on these facts:

See Attached.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: __________ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Kelly Baird
*Applicant's signature*

Kelly Baird, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: May 22, 2017

*Judge's signature*

City and state: Baltimore, Maryland

Stephanie A. Gallagher, U. S. Magistrate Judge
*Printed name and title*